IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Criminal No. 2:23-cr-32 (21 U.S.C. §§ 841(a)(1), 841(b)(1)(C) and 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2)) |
| JORDAN BLEVINS | [UNDER SEAL] |

**FILED**
**FEB 21 2023**
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## INDICTMENT

### COUNT ONE

The grand jury charges:

On or about March 16, 2021, in the Western District of Pennsylvania, the defendant, JORDAN BLEVINS, did knowingly, intentionally and unlawfully possess with intent to distribute a quantity of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT TWO

The grand jury further charges:

On or about March 16, 2021, in the Western District of Pennsylvania, the defendant, JORDAN BLEVINS, did knowingly possess visual depictions, namely videos and still images in computer graphics and digital files, the production of which involved the use of minors engaging in sexually explicit conduct, as those terms are defined in Title 18, United States Code, Section 2256, and which depicted prepubescent minors and minors who had not attained 12 years of age engaging in sexually explicit conduct, all of which had been shipped and transported using any means or facility of interstate and foreign commerce, or were produced using materials which had been shipped and transported in interstate and foreign commerce, by any means, including by computer and the Internet.

In violation of Title 18, United States Code, Sections 2252(a)(4)(B) and 2252(b)(2).

## FORFEITURE ALLEGATIONS

1.    The allegations contained in Count Two of this Indictment are incorporated by reference as though fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 2253(a)(3).

2.    In connection with the violation charged in Count Two of this Indictment, the defendant, JORDAN BLEVINS, did use the following to commit or to promote the commission of said violations, all of which were seized on March 16, 2021 (hereinafter collectively referred to as the "Subject Property"):

    a.    Apple Mac mini bearing serial no. C07Y3069JYVX;

    b    MY PASSPORT External Hard drive bearing serial no. WX41D290FAY7;

    c.    MY PASSPORT External Hard drive bearing serial no. WX31D1926F8J;

    d.    GIGASTONE PRIME 64GB SD CARD;

    e.    Kingston DTSE9 64gb thumb drive;

    f.    Nekteck black in color thumb drive; and

    g.    Black in color OnePlus cellular phone.

WHEREFORE, the government seeks Forfeiture of the Subject Property pursuant to Title 18, United States Code, Section 2253(a)(3).

A True Bill,

*[signature]*
FOREPERSON

*[signature]*
TROY RIVETTI
Acting United States Attorney
PA ID No. 56816

*[signature]*
ROBERT C. SCHUPANSKY
Assistant United States Attorney
PA ID No. 82158

4